625 F.2d 499
 John K. DEWEY, D.D.S., Plaintiff-Appellee,
v.
LOUISIANA STATE BOARD OF DENTISTRY, Defendant-Appellant.
 No. 79-1155.
 United States Court of Appeals, Fifth Circuit.
 July 21, 1980.
 
 Appeal from the United States District Court for the Eastern District of Louisiana; Edward J. Boyle, Sr., Judge.
 Norman J. Robinson, Jr., New Orleans, for defendant-appellant.
 Adams & Reese, New Orleans, La., William S. Poole, Jr., Demopolis, Ala., for plaintiff-appellee.
 Before GODBOLD, SIMPSON and THOMAS A. CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 The decision is affirmed on the basis of the district court opinion, 491 F.Supp. 132 (E.D.La., 1980).
 
 
 2
 AFFIRMED.